# Exhibit "A"

**Neneh 1 Photograph**



**Neneh 2 Photograph**



# Exhibit "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-259-542**

**Effective Date of Registration:**
July 13, 2021
**Registration Decision Date:**
July 20, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** March 26, 2021 to July 07, 2021

## Title

**Title of Group:** Tamara Williams Q2 2021
**Number of Photographs in Group:** 82

- **Individual Photographs:** IMG_8689_Pauline_03262021, IMG_8692_Pauline_03262021, IMG_8693_Pauline_03262021, IMG_8691_Pauline_03262021, IMG_8690_Pauline_03262021
  **Published:** March 2021

- **Individual Photographs:** IMG_8533_TheresaO_04202021, IMG_8532_TheresaO_04202021, IMG_8534_TheresaO_04202021, IMG_8094_TabeaG_04222021, IMG_8096_TabeaG04222021, IMG_8095_TabeaG_04222021, IMG_8545_SeezanB_04262021, IMG_8544_SeezanB_04262021, IMG_8543_SeezanB_04262021
  **Published:** April 2021

- **Individual Photographs:** IMG_8547_Giuliana_05032021, IMG_8548_Giuliana_05032021, IMG_8550_Giuliana_05032021, IMG_8549Giuliana_05032021, IMG_8223_MingSavannah_05052021, IMG_8221_MingSavannah_05052021, IMG_8222_MingSavannah_05052021, IMG_8556_MinelYildiz_05062021, IMG_8557_MinelYildiz_05062021, IMG_8555_MinelYildiz_05062021, IMG_8561_NenehSonko_05272021, IMG_8562_NenehSonko_05272021, IMG_8563_NenehSonko_05272021, IMG_8565_HayleyBui_05312021, IMG_8566_HayleyBui_05312021, IMG_8568_HayleyBui_05312021, IMG_8567_HayleyBui_05312021
  **Published:** May 2021

- **Individual Photographs:** IMG_8574_AntoniaFreyaLydia_06032021, IMG_8570_AntoniaFreyaLydia_06032021, IMG_8572_AntoniaFreyaLydia_06032021, IMG_8580_AngeliaA_06072021, IMG_8577_AngeliaA_06072021, IMG_8578_AngeliaA_06072021, IMG_8579_AngeliaA_06072021, IMG_8583_Pauline_06082021, IMG_8581_Pauline_06082021, IMG_8582_Pauline_06082021, IMG_8586_RominaJosefinePalm_06102021, IMG_8585_RominaJosefinePalm_06102021, IMG_8588_RominaJosefinePalm_06102021, IMG_8589_RominaJosefinePalm_06112021,

IMG_8587_RominaJosefinePalm_06112021, IMG_8375_SeezanB_06152021,
IMG_8379_SeezanB_06152021, IMG_8374_SeezanB_06152021,
IMG_8377_SeezanB_06162021, IMG_8597_TheresaO_06172021,
IMG_8596_TheresaO_06172021, IMG_8600_AntoniaFreyaLydia_06212021,
IMG_8601_AntoniaFreyaLydia_06212021,
IMG_8603_AntoniaFreyaLydia_06222021,
IMG_8602_AntoniaFreyaLydia_06222021,
IMG_8599_AntoniaFreyaLydia_06222021,
IMG_8610_JihoonKim_06242021, IMG_8607_JihoonKim_06242021,
IMG_8608_JihoonKim_06242021, IMG_8609_JihoonKim_06242021,
IMG_8613_NenehSonko_06282021, IMG_8614_NenehSonko_06282021,
IMG_8612_NenehSonko_06282021, IMG_8615_NenehSonko_06282021,
IMG_8621_MinelYildiz_06292021, IMG_8617_MinelYildiz_06292021,
IMG_8618_MinelYildiz_06292021, IMG_8619_MinelYildiz_06292021,
IMG_8620_MinelYildiz_06292021, IMG_8624_HayleyBui_06302021,
IMG_8625_HayleyBui_06302021, IMG_8626_HayleyBui_06302021

**Published:** June 2021

- **Individual Photographs:** IMG_8623_HayleyBui_07012021, IMG_8622_HayleyBui_07012021,
IMG_8628_AngeliaA_07022021, TabeaG_07052021,
IMG_8633_RominaJosefinePalm_07062021,
IMG_8632_RominaJosefinePalm_07062021,
IMG_8631_RominaJosefinePalm_07062021, IMG_8635_Pauline_07072021,
IMG_8636_Pauline_07072021

**Published:** July 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** March 26, 2021
**Latest Publication Date in Group:** July 07, 2021
**Nation of First Publication:** Germany

## Author

- **Author:** Tamara Wareka
**Pseudonym:** Tamara Williams
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** Germany
**Domiciled in:** Germany
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Tamara Wareka
Hauptstraße 24a, Kleinbundenbach 66501, Germany

## Rights and Permissions



Organization Name: LK Creative Consulting
Name: Lauren Kelly
Email: lk@lkcreativeconuslting.com
Telephone: (161)789-4508x2
Address: 305 East 24th street, 20G
New York, NY 10010 United States

## Certification

Name: Joe G. Naylor
Date: July 13, 2021
Applicant's Tracking Number: USCO-07714

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Exhibit "C"



# Exhibit "D"



| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002130596
Search Results: Displaying 1 of 1 entries

◀ previous     next ▶



***MidAugust2018-Dec132018.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002130596 / 2018-12-13 |
| **Application Title:** | MidAugust2018-Dec132018 |
| **Title:** | MidAugust2018-Dec132018. [Group registration of published photographs. 99 photographs. 2018-08-11 to 2018-12-13] |
| **Description:** | 99 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Tamara Wareka Williams. Address: Schulzenfeldstrasse 11, Adelberg Baden Wuerttemberg 73099, Germany. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-08-11 to 2018-12-13 |
| **Nation of First Publication:** | Germany |
| **Authorship on Application:** | Tamara Wareka Williams; Domicile: Germany; Citizenship: Germany. Authorship: photographs. |
| **Rights and Permissions:** | Tamara Wareka Williams, Schulzenfeldstrasse 11, Adelberg Baden Wuerttemberg 73099, Germany, (617) 894-5082, info@tamarawilliamsproject.de |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in October 2018 (20 photographs): 2S2A9540-p1_Oct32018, 2S2A9406-p2_Oct42018, 2S2A9574-p1_Oct52018, 2S2A0661_Oct62018, 2S2A0905_Oct82018, 2S2A0828_Oct92018, 2S2A5933_Oct102018, 2S2A5808_Oct112018, 2S2A2056_Oct12018, 2S2A5744_Oct122018, 2S2A8363-1_Oct182018, 2S2A2176_Oct222018, 2S2A8657-1_Oct232018, 2S2A8391-1_Oct242018, 2S2A5964_Oct252018, 2S2A5587_Oct262018, |

2S2A5839_Oct272018, 2S2A2130-1_Oct282018, 2S2A1721-1_Oct292018, 2S2A2258-1_Oct302018

Published in November 2018 (24 photographs): 2S2A4739-2_Nov202018, CV2S2A0330wm_Nov32018, 21S2A8484-2_Nov302018, 2S2A0225_Nov42018, 2S2A0398_Nov52018, 2S2A0487_Nov62018, 2S2A9427_Nov72018, 2S2A9888_Nov92018, 2S2A9616_Nov92018_, 2S2A1456_Nov102018, 2S2A0057wp_Nov112018, 2S2A1600_Nov132018, 2S2A2003_Nov142018, 2S2A4704-_Nov152018, CarmenSolomons1_Nov192018, _2S2A4452-Nov212018, __2S2A4577_Nov222018, _2S2A4996_Nov232018, _wm_Nov242018, 2S2A7934_Nov252018, 2S2A8265_Nov262018, 2S2A8023_Nov272018, 2S2A7733_Nov282018, 2S2A8224_Nov292018

Published in December 2018 (11 photographs): 12S2A8664-1_Dec42018, 12S2A8321-2_Dec62018, 2S2A6673-1_Dec72018, 2S2A6939-1_Dec82018, 2S2A6931_Dec82018, 2S2A6636-1_Dec92018, 2S2A5489_Dec102018, 2S2A5162_Dec122018, 2S2A4827_Dec122018, 2S2A4980_Dec132018, BridgetSatterlee-Dec132018

Published in August 2018 (18 photographs): 2S2A8087_Aug112018, 2s2a7807_Aug122018, 2S2A3521_v2_Aug132018, 2S2A3713_v2_Aug142018, 2S2A3890_v3_Aug152018, 2S2A2429-1_Aug162018, 2S2A2405-1_Aug172018, 2S2A1896-1_Aug182018, 2S2A6820_Aug192018, 2S2A7514_Aug212018, 2S2A5543-d1_Aug222018, 2S2A5421-Aug232018_, 2S2A5056-d_Aug242018, 2S2A6644-1_Aug272018, 2S2A7143-1_Aug282018, 2S2A6878-1_Aug292018, 2S2A8090-Aug302018, 2S2A7810-Aug312018

Published in September 2018 (26 photographs): 2S2A4889_Sept32018, 2S2A4625_Sept42018, 2S2A6856_Sept82018, 2S2A6830_Sept92018, 2S2A7007_Sept102018, 2S2A1628-p1_Sept112018, 2S2A8174_Sept12018, 2S2A1953-p2_Sept122018, 2S2A1700-p1_Sept132018, 2S2A9310_Sept142018, 2S2A9536_Sept152018, 2S2A9204_Sept172018, 2S2A7456(red)_Sept182018, 2S2A7698_Sept192018, 2S2A7393_Sept202018, 2S2A1282_Sept212018, 2S2A1091-1_Sept222018, 2S2A4221_Sept22018, 2S2A1501_Sept232018, 2S2A8718-1_Sept242018, 2S2A8941-1_Sept252018, 2S2A9070-2_Sept262018, 2S2A5058_Sept272018, 2S2A4689_Sept282018, 2S2A4906_Sept292018_, 2S2A2338_Sept302018

**Names:** Williams, Tamara Wareka



previous    next

| **Save, Print and Email (Help Page)** | | |
| --- | --- | --- |
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# Exhibit "E"



# Exhibit "F"



United States Copyright Office

**Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
| --- | --- | --- | --- | --- |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002197150
Search Results: Displaying 1 of 1 entries

◀ previous 　 next ▶



*Tamara Williams 2019.*

| | |
| --- | --- |
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002197150 / 2020-02-05 |
| **Application Title:** | Tamara Williams 2019 |
| **Title:** | Tamara Williams 2019. [Group registration of published photographs. 131 photographs. 2019-01-22 to 2019-12-02] |
| **Description:** | 131 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Tamara Wareka. Address: Hauptstrasse 24a, Kleinbundenbach 66501, Germany. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-01-22 to 2019-12-02 |
| **Nation of First Publication:** | Germany |
| **Authorship on Application:** | Tamara Williams, pseud. of Tamara Wareka (author of pseudonymous work); Domicile: Germany; Citizenship: Germany. Authorship: photographs. |
| **Rights and Permissions:** | Lauren Kelly, AUGUST Image, LLC, 793 Broadway, New York, NY 10013, United States, (161) 789-4508 x2, lauren@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2019 (6 photographs): AU219298, AU219271, AU219278, AU219315, AU219321, AU219316 |
| | Published in October 2019 (8 photographs): AU219293, AU219302, AU219308, |

AU219322, AU219319, AU219318, AU219312, AU219320

Published in November 2019 (73 photographs): AU219284, AU219277, AU219254, AU219469, AU26454, AU28216, 2S2A1088, 2S2A1158, 2S2A1383, 2S2A1962, 2S2A2041, 2S2A2066, 2S2A2095, 2S2A3945, 2S2A4378, 2S2A4575jpg, AU11483737, AU213919, AU26440, AU26441, AU26445, AU26446, AU26447, AU26448, AU26449, AU26450, AU26453, AU26443, AU28099, AU28101, AU28102, AU28103, AU28133, AU28135, AU28188, AU28189, AU28190, AU11483730, AU11483731, AU26442, AU26444, AU28100, AU28195, AU11483714, AU11483727, AU11483728, AU11483729, AU11483732, AU11483733, AU11483734, AU11483735, AU219400, AU219408, AU219409, AU219410, AU219411, AU219412, AU219415, AU219416, AU219417, AU219418, AU219413, AU219388, AU219406, AU219404, AU219403, AU219401, AU219407, AU219391, AU219387, AU219402, AU11483739, AU11483738

Published in December 2019 (5 photographs): AU11480108, AU11480171, AU11480099, AU11480174, AU11483740

Published in February 2019 (1 photographs): AU219273

Published in March 2019 (3 photographs): AU219317, AU219299, AU219314

Published in April 2019 (7 photographs): AU219282, AU219306, AU219296, AU222773, AU222774, AU222771, AU222772

Published in July 2019 (3 photographs): AU219258, AU219294, AU219323

Published in August 2019 (6 photographs): AU219305, AU219272, AU219292, AU219297, AU219303, AU219304

Published in September 2019 (19 photographs): AU219252, AU219266, AU219286, AU219371, AU219374, AU219375, AU219376, AU219377, AU219378, AU219379, AU219380, AU219382, AU219383, AU219384, AU219385, AU219386, AU219381, AU219369, AU219370

**Names:** Wareka, Tamara

Tamara Williams, pseud.



| Save, Print and Email (**Help Page**) |
| --- |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [                    ]   Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Exhibit "G"



# Exhibit "H"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Ler*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-178-320

**Effective Date of Registration:**
November 05, 2019
**Registration Decision Date:**
November 19, 2019

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   March 22, 2018 to October 01, 2018

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Tamara Williams 2018 2nd half |
| **Number of Photographs in Group:** | 79 |

- **Individual Photographs:** AU11424030, AU11424031, AU11424032, AU11424033, AU11424018
  **Published:** March 2018

- **Individual Photographs:** AU11452064, AU11452060, AU11452062, AU11457439, AU11457440,
  AU11452059, AU11457441, AU11424005, AU11424003, AU11423994,
  AU11452063, AU11457441, AU11458052, AU11452026, AU11452024,
  AU11452023, AU11452025, AU11452035, AU11452036, AU11452037,
  AU11452038, AU11424014, AU11424013, AU11424012, AU11458054,
  AU11458053, AU11458051, AU11458050, AU11452042, AU11452043,
  AU11452044, AU11452041, AU11452040, AU11452039, AU11452065,
  AU11424002, AU11424000, AU11452067, AU11452066, AU11424023,
  AU11424026, AU11424027, AU11424028, AU11424029, AU11424025,
  AU11424024, AU11424022, AU11424021, AU11424039, AU11424038,
  AU11424037, AU11424036, AU11424035, AU11424034, AU11424015,
  AU11452048, AU11452049, AU11452050, AU11452051, AU11452052,
  AU11452053
  **Published:** August 2018

- **Individual Photographs:** AU11424017, AU11424066, AU11424068, AU11424070, AU11424071,
  AU11424072, AU11424073, AU11424074, AU11424075, AU11424076,
  AU11424077, AU11424078, AU11424079
  **Published:** October 2018

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | March 22, 2018 |
| **Latest Publication Date in Group:** | October 01, 2018 |
| **Nation of First Publication:** | Germany |

## Author

- **Author:** Tamara Wareka
- **Pseudonym:** Tamara Williams
- **Author Created:** photographs
- **Work made for hire:** No
- **Citizen of:** Germany
- **Domiciled in:** Germany
- **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Tamara Wareka
Hauptstraße 24A, Kleinbundenback Rheinland Pfalz Germany 66501, Germany

## Rights and Permissions

**Organization Name:** AUGUST
**Name:** Lauren Kelly
**Email:** lauren@augustimage.com
**Telephone:** (212)777-0088
**Address:** 793 Broadway
New York NY 10003 United States

## Certification

**Name:** Joe G. Naylor
**Date:** November 05, 2019
**Applicant's Tracking Number:** USCO-06255

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Exhibit "I"



# Exhibit "J"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-282-066

**Effective Date of Registration:**
January 04, 2022
**Registration Decision Date:**
January 12, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** November 04, 2021 to December 03, 2021

### Title

| | |
|---|---|
| **Title of Group:** | Tamara Williams 2021 Q4 |
| **Number of Photographs in Group:** | 27 |

- **Individual Photographs:** Giuliana-110421_5, Giuliana-110421_2, Giuliana-110421_3, Giuliana-110421_4, Giuliana-110421_1, AntoniaFreya-110821_2, AntoniaFreya-110821_3, AntoniaFreya-110821_1, Pauline-111021_2, Pauline-111021_1, Selfina-111421_4, Selfina-111421_1, Selfina-111421_2, Selfina-111421_3, Romina-111921_1, Romina-111921_2, Romina-111921_3, Romina-111921_4, HayleyBui-112821_1, HayleyBui-112821_2, HayleyBui-112821_4, HayleyBui-112821_5, HayleyBui-112821_3
  **Published:** November 2021

- **Individual Photographs:** Molly_120321_1, Molly_120321_3, Molly_120321_4, Molly_120321_2
  **Published:** December 2021

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | November 04, 2021 |
| **Latest Publication Date in Group:** | December 03, 2021 |
| **Nation of First Publication:** | Germany |

### Author

| | |
|---|---|
| **Author:** | Tamara Wareka |
| **Pseudonym:** | Tamara Williams |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | Germany |
| **Domiciled in:** | Germany |

Page 1 of 2

**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Tamara Wareka
Schulzenfeldstrasse 11, Adelberg 73099, Germany

## Rights and Permissions

**Name:** Lauren Kelly
**Email:** lk@lkcreativeconsulting.com
**Telephone:** (617)894-5082
**Address:** 305 East 24th Street 20G
New York, NY 10010 United States

## Certification

**Name:** Joe G. Naylor
**Date:** January 04, 2022
**Applicant's Tracking Number:** USCO-08195

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Exhibit "K"



# Exhibit "L"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-116-918

**Effective Date of Registration:**
August 23, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:    March 13, 2018 to August 09, 2018

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Beauty, Tess, Rona, Mae, Katty, Jasmine, Nicole, Naressa 2018 |
| **Number of Photographs in Group:** | 36 |

- **Individual Photographs:** TRU2337858, TRU2342034, TRU2343483, TRU2342033, TRU2317005, TRU2317004, TRU2317003
  **Published:** March 2018

- **Individual Photographs:** TRU2301491, TRU2343318, TRU2342039, TRU2317087
  **Published:** May 2018

- **Individual Photographs:** TRU2342044, TRU2324138, TRU2342043, TRU2342041, TRU2342042
  **Published:** June 2018

- **Individual Photographs:** TRU2342040, TRU2342068, TRU2342061, TRU2343319, TRU2342057, TRU2342055, TRU2343320
  **Published:** July 2018

- **Individual Photographs:** TRU2342062, TRU2342049, TRU2342050, TRU2342054, TRU2342053, TRU2342063, TRU2342047, TRU2342048, TRU2342045, TRU2342056, TRU2342064, TRU2342065, TRU2343327
  **Published:** August 2018

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | March 13, 2018 |
| **Latest Publication Date in Group:** | August 09, 2018 |
| **Nation of First Publication:** | United States |

## Author _____

- **Author:** Tamara Williams
  **Author Created:** photographs

| | |
|---|---|
| **Work made for hire:** | No |
| **Citizen of:** | Germany |
| **Domiciled in:** | Germany |

## Copyright Claimant

**Copyright Claimant:** Tamara Williams
Schulzenfeldstraße 11, Adelberg 73099, Germany

## Rights and Permissions

**Organization Name:** Trunk Archive
**Name:** Lauren Kelly
**Email:** lk@trunkarchive.com
**Telephone:** (212)356-0099
**Address:** 190 Bowery
New York, NY 10012  United States

## Certification

**Name:** Joe G. Naylor
**Date:** August 23, 2018
**Applicant's Tracking Number:** USCO-05218

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Exhibit "M"

Instagram

Log in    Sign Up

natashadenonabeauty

Follow    Message    · · ·

2,000 posts    257K followers    40 following

**NATASHA DENONA BEAUTY**
Forefront of Modern Beauty
Founded and developed by the renowned makeup artist and educator @natashadenona
Available online & worldwide
39 E 30th St, New York, New York 10016
🔗 natashadenona.com


I NEED A NU...


XENON


MY MINI DR...


BERRY POP


HY-PER NAT...

HY-GEN

HY-GLAM PF

# Exhibit "N"

Posts    About    Reels    Photos    Videos

## Intro

an international luxury makeup brand with
groundbreaking 15-pan eyeshadow palettes,
popular cheek and glow products, and perfectly
formulated lipsticks.



THE E
crazy
AVAIL

Produ
ND H
ND I N

Page · Health/beauty

NATASHA DENONA MAKE UP LLC
is responsible for this Page

wecare@natashadenona.com

natashadenona.com

Rating · 3.9 (113 Reviews)



# Page transparency

## Page information for Natasha Denona Beauty

**Natasha Denona Beauty**
Health/beauty

## Organizations that manage this Page

NATASHA DENONA MAKE UP LLC is responsible for this Page.
This is a person or organization that has completed our verification process and claimed responsibility for this Page.

**NATASHA DENONA MAKE UP LLC**
NEW YORK NY, 10016 United States of America

## History

Changed name to **Natasha Denona Beauty**
October 7, 2019

Created - **Natasha Denona International**
January 6, 2015

## People who manage this Page

Primary country/region location for people who manage this Page includes:
Israel (5)
United States (2)
Canada (1)

## Ads from this Page

# Log in or sign up for Facebook to connect with friends, family a...

Log In     or     Create new account

# Exhibit "O"



# Exhibit "P"





# Exhibit "Q"



# Exhibit "R"



# Exhibit "S"



# Exhibit "T"



Exhibit "U"



Exhibit "V"

